THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP WEINSEIMER, Appellant.

*People* v. *Weinseimer*, 117 App. Div. 603, affirmed.
(Argued November 25, 1907; decided December 10, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, which affirmed a judgment of the Court of General Sessions of the city of New York rendered upon a verdict convicting the defendant of the crime of extortion.

*George Raines* and *F. A. Acker* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.